James R. Sheeran, VSB 14941
6520 Indian River Road
Virginia Beach, VA 23464
Attorney for Tidewater Finance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHAMEKA BISHOP, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TIDEWATER FINANCE COMPANY )<br>dba Tidewater Motor Credit )<br>)<br>Defendant. ) | Case No.<br>NOTICE OF REMOVAL OF<br>ACTION UNDER 28 U.S.C.<br>§ 1441(a)<br>(FEDERAL QUESTION) |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, Tidewater Finance Company, hereby removes to this Court the state court action described below.

1. On or about January 18, 2017, an action was commenced by Plaintiff in the 36th Judicial District Court, State of Michigan, entitled Shameka Bishop, Plaintiff, vs. Defendant, Case No. 17200158.

2. Defendant was served with process and with Plaintiff's Affidavit and Claim on January 30, 2017. Pursuant to 28 U.S.C. § 1446(a), this notice is timely filed. A copy of the Service of Process and Complaint served upon Defendant in the state court action are attached hereto as "Exhibit "A."

3. This is a civil action brought by the Plaintiff under the laws of the United States, i.e., the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. of which this Court has original jurisdiction under 28 U.S.C. § 1331. It may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a) in that it arises

under laws of the United States.

WHEREFORE, Defendant Tidewater Finance Company prays that this action be removed to the United States District Court for the Eastern District of Michigan.

DATED: February 16, 2017

TIDEWATER FINANCE COMPANY

/s/ James Robert Sheeran
James Robert Sheeran, V.S.B. No 14941
Tidewater Finance Company
6520 Indian River Road
Virginia Beach, VA 23464
    Phone    757-961-5512
    Mobile   757-201-0478
    Email     tcsjrs@twcs.com
Member of the Bar, U.S. District Court, Eastern District of Michigan
*Counsel for Tidewater Finance Company*

 **CT Corporation**

**Service of Process Transmittal**
02/06/2017
CT Log Number 530647108

**TO:** Cinnamon Kelley, Litigation Manager
Tidewater Finance Company
6520 Indian River Rd
Virginia Beach, VA 23464-3439

**RE:** **Process Served in Michigan**

**FOR:** Tidewater Motor Credit (Assumed Name) (Domestic State: VA)
Tidewater Finance Company (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Shameka Bishop, Pltf. vs. Tidewater Motor Credit, Dft. |
| **DOCUMENT(S) SERVED:** | Affidavit, Instructions |
| **COURT/AGENCY:** | Wayne County - 36th District Court, MI<br>Case # 17200158 |
| **NATURE OF ACTION:** | Violation of the Fair Debt Collection Act |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Plymouth, MI |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/06/2017 postmarked on 02/03/2017 |
| **JURISDICTION SERVED:** | Michigan |
| **APPEARANCE OR ANSWER DUE:** | 03/01/2017 at 08:15 a.m. |
| **ATTORNEY(S) / SENDER(S):** | 36th District Court<br>421 Madison<br>Detroit, MI 48226 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/07/2017, Expected Purge Date: 02/12/2017<br><br>Image SOP<br><br>Email Notification, Cinnamon Kelley tcs143@twcs.com<br><br>Email Notification, Demetria Wilson tcs189@twcs.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | The Corporation Company<br>40600 ANN ARBOR RD E STE 201<br>Plymouth, MI 48170-4675<br>213-337-4615 |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Notice, Instructions | By Regular Mail on 01/30/2017 postmarked: "Not Post Marked" | Cinnamon Kelley, Litigation Manager<br>Tidewater Finance Company | 530602942 |

Page 1 of 1 / AY

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

S. Bishop
445 E. Grand Blvd
Det, MI 48207

CERTIFIED MAIL

7015 0640 0001 2012 8946

Tidewater Motor Credit - Reg. Agent
46000 Ann Arbor Rd East Ste. 201
Plymouth, MI 48170

RETURN RECEIPT REQUESTED
48170-84675 C021

U.S. POSTAGE PAID
DETROIT, MI
48207
FEB 03, 17
AMOUNT
$6.59
R2305K138438-10

48170
1000

| Original - Court (with instructions) | 2nd copy - Plaintiff (with instructions) |
| 1st copy - Defendant (with instructions) | 3rd copy - Return (with proof of service) |

**STATE OF MICHIGAN**
**36TH JUDICIAL DISTRICT**

**AFFIDAVIT AND CLAIM**
**Small Claims**

CASE NO. 17200159

Court address: 421 Madison, Detroit, MI 48226-2358

Court telephone no.

See additional notice and instructions on the back of plaintiff and defendant copies.

1. Plaintiff: Shameka Bishop
   Address: 4105 E. Grand Blvd
   City, state, zip: Det MI 48207
   Telephone no.

2. Defendant: Tidewater Motor Credit East
   Address: 40600 Ann Arbor Rd Ste. 2a
   City, state, zip: Plymouth MI 48170
   Telephone no.

**NOTICE OF HEARING** (For Court Use Only)

The plaintiff and the defendant must be in court on
Day: WEDNESDAY   Date: 03/01/17
Time: 08:15 AM   at ☒ the court address above.
Location: WED/TRIAL: 8:15A/1:30P RM 0218
Fee paid: $
Process server's name:

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____ pending. The action ☐ remains ☐ is no longer

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is   ☒ an individual.   ☐ a partnership.   ☐ a corporation.   ☐ a sole proprietor.   ☐ Other

6. The defendant is   ☐ an individual.   ☐ a partnership.   ☒ a corporation.   ☐ a sole proprietor.   ☐ Other

7. The date(s) the claim arose is/are 11/30/16  1/18/17

8. Amount of money claimed is $ 5,500   (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: Violation of the Fair Debt Collection practices Act 807 of 15 USC 1692d and Fair Credit Reporting Act 623(a)(1), (a)(3), (a)(7), (A)(8), 623(b)(1)(e)

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is   ☐ is not   mentally competent. I believe the defendant ☒ is   ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service.   ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: [signed] Bishop Shameka

Subscribed and sworn to before me on 1/18/17, _____ County, Michigan.

My commission expires: _____
Date

Signature: [signed] Aubrey McLeish
Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 04-26-2017
Expiration date

DC 84  (3/16)   **AFFIDAVIT AND CLAIM, Small Claims**   MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC App 521

## ADDITIONAL NOTICE AND INSTRUCTIONS

### TO BOTH THE PLAINTIFF AND THE DEFENDANT:

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

  1. **remove the case to the general civil division of the district court,** or

  2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

### TO THE DEFENDANT:

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

## CERTIFICATE OF SERVICE

I certify that on this 16th day of February, 2017, I caused to be served a true and correct copy of the foregoing **NOTICE OF REMOVAL** and Exhibits by were served by first class mail, or by other means where so indicated, upon:

| | |
|---|---|
| Shameka Bishop<br>465 E. Grand Blvd.<br>Detroit, MI 48207 | By first class mail |
| Clerk of Court<br>36th Judicial District Court<br>State of Michigan<br>421 Madison Avenue<br>Detroit, MI 48226 | By Federal Express |

/s/ James R. Sheeran
Counsel for Tidewater Finance Company